ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

163240

Jimmie Bozeman
_____
Full name and prison number of
plaintiff(s)

RECEIVED
2007 MAR -1  A 9:23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

v.

Officer Miles
Officer Thompson
Officer Susie Jackson
Officer Stiles
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:07CV182-MHT
(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiff(s) Jimmie Bozeman
Defendant(s) Officer Gwindolyn Davis, Officer Stiles and Officer Bass

2. Court (if federal court, name the district; if state court, name the county)
United States District Court Northern District

3. Docket No. CC-2003-9364

4. Name of Judge to whom case was assigned J. William Cole

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
   _____

6. Approximate date of filing lawsuit  Febuary 24th-07

7. Approximate date of disposition  Febuary 25th-07

II. PLACE OF PRESENT CONFINEMENT  Bullock County Correctional Prison

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Chow Hall

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

        NAME                                ADDRESS

1. Cot Officer Miles 107 Union Springs
2. Sgt. Anthony Jackson
3. Cot Officer Susie Jackson
4. Cot Officer Thompson
5. Cot Officer Johnson
6. Captin Selvester Nettles

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  2-25-07

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I am suing Officer Johnson for sexual harrassment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
I went to the chow hall to eat Breakfast one morning, 7:45 AM Mrs. Anderson

GROUND TWO: I am Dubbie PoRShon

SUPPORTING FACTS: I need my Dubble PoRShon They Refuse to give my Dubble PoRShon DR Sandic Recommended that I get Dubble PoRShon everyday

GROUND THREE: everyone Know That I get Dubbie PoRShon

SUPPORTING FACTS: CaPTin seirester nefries know all about and SgT, Lagun I still be Hungary

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Remove From Here now!!!! and send a letter to the commssoner and the warden

Jimmie Bozeman
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2-25-07
(date)

Jimmie Bozeman
Signature of plaintiff(s)

-3-

*Attention: Attention!!* Time 10:55

# INMATE REQUEST SLIP

Name: Timmie Bozeman Jr  Quarters: C-11  Date: [?]

AIS # 163240

( ) Telephone Call      ( ) Custody Change     ( ) Personal Problem
( ) Special Visit       ( ) Time Sheet         ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Dear Honorable Judge Capel
I Timmie Bozeman am
Requesting That You
Recommend a court order
That officer Got
Gwindinlin Davis be Removed
From Bullock County.
Thank You

Do Not Write Below This Line - For Reply Only

Approved        Denied        Pay Phone        Collect Call

Request Directed To: (Check One)

( ) Warden                    ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary Public   ( ) Record Office

N176

Jimmie Bozeman #163240 C1-N-H
P.O. Box 5107
Union Springs ALA
36089



Honorable Judge
Wallace Capel Jr.
United States Magistrate
P.O. Box 711
Montgomery ALL 36101 30

Legal mail