IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JIMMIE BOZEMAN, #163 240 | * |
| Plaintiff, | * |
| v. | *   2:07-CV-182-MHT |
| | (WO) |
| OFFICER MILES, *et al*., | * |
| Defendants. | * |

_____

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on March 6, 2007 (Doc. # 3), that this case be dismissed without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of March, 2007.

    /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE